*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 11, 2014                518745
_____

In the Matter of the Claim of
    ALLAN T. NEEDLE,
                      Appellant.
                                            MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                      Respondent.
_____

Calendar Date:  October 21, 2014

Before:  Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.

_____

        Allan T. Needle, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed July 3, 2013, which denied claimant's application
for reopening and reconsideration of a prior decision.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court